UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Makawa Lungo Nico

      v.                                            Civil No. 26-cv-48-JL

Strafford County Department
of Corrections, Superintendent, et al.

**PRELIMINARY ORDER**

      Petitioner Makawa Lungo Nico challenges his detention by the Department of Homeland Security.  He seeks relief under the Due Process Clause based on the reasoning in *Destino v. FCI Berlin, Warden*, No. 1:25-CV-374-SE-AJ, 2025 WL 4010424, at *1-2 (D.N.H. Dec. 24, 2025)(Elliott C.J.), and claims to be part of the classes certified in *Guerrero Orellana v. Moniz*, No. 25-CV-12664-PBS, 2025 WL 3687757 (D. Mass. Dec. 19, 2025) and *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).

      **Supplemental information.**  The petition does not contain sufficient information to allow the court to evaluate the petitioner's allegations that he is a member of the *Guerrero Orellana* or *Maldonado Bautista* classes, or that the reasoning in *Destino* applies to the present case.  By February 2, 2026, the petitioner is ordered to supplement his petition with information sufficient to make out a claim under either of the asserted bases for relief, including, for instance, information about the duration of his residence in the United States or any prior immigration-related detentions or parole.

      **Transfer.**  While this case remains pending, the petitioner shall not be transferred outside the District of New Hampshire or outside the jurisdiction of the United States unless the government provides advance notice of the intended move.  Such notice shall be filed in writing on the docket of this proceeding, and shall state the reason for the necessity of such action and why the move should not be stayed pending further court proceedings.  Once that notice has been docketed, the petitioner shall not be moved out of the district of his detention for a period of at least 72 hours from that docketing..

      **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  January 28, 2026
cc:    Counsel of Record