UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Makawa Lungo Nico

     v.                                                   Civil Case No. 26-cv-48-JL

Christopher Brackett, et al.

## **ORDER**

      Before the court is the habeas petition brought by Makawa Lungo Nico challenging his ongoing ICE detention. In their response to the petitioner's claim for relief under *Destino v. FCI Berlin, Warden,* No. 1:25-CV-374-SE-AJ, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.),[1] the respondents "acknowledge[d] that under the reasoning in *Destino*, Petitioner is likely entitled to a bond hearing before an Immigration Judge," but, without elaborating on any legal arguments against the relief, "maintain[] that *Destino* was wrongly decided," and that the petitioner is held under 8 U.S.C. § 1225(b)(2).[2] The respondents specifically concede that, because of his prior release under an order of recognizance, the petitioner "would have developed both connections to the United States [] and an expectancy interest that any redetention would take place under 8 U.S.C. § 1226, affording him the opportunity for a bond hearing."[3]

      Thus, the court GRANTS the petition[4] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing as soon as practicable. The petition is DENIED in all other respects. The parties shall file a status report within 10 days of this order.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: February 12, 2026

Cc: Counsel of record

---

[1] Amend. Pet. (doc. no. 5).
[2] Response to Pet. (doc. no. 9) at 1. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[3] *Id.* at 2-3.
[4] Amend. Pet. (doc. no. 5).